**FILED**
MAR 04 2022
US DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CALEB MITCHELL ROGERS,<br><br>    Defendant | Case No.: 2:22-mj-00195-NJK<br><br>**Writ of Habeas Corpus**<br>**Ad Prosequendum for**<br>**CALEB MITCHELL ROGERS**<br>**(ID # 6045377)** |

TO:  WARDEN,
     CLARK COUNTY DETENTION CENTER
     LAS VEGAS, NEVADA
     UNITED STATES MARSHAL FOR THE DISTRICT OF
     NEVADA AND ANY OTHER UNITED STATES MARSHAL

## G R E E T I N G S

WE COMMAND that you have the body of CALEB MITCHELL ROGERS, detained in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, before the United States District Court at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about <u>March 10, 2022, at 2:30 pm in 3D, before Judge Youchah</u>, for initial appearance regarding a Criminal Complaint and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, until CALEB MITCHELL ROGERS, is released and discharged by the said Court; and that you shall thereafter return CALEB MITCHELL ROGERS, to the custody of the Warden, Clark

/ / /

/ / /

/ / /

County Detention Center, Las Vegas, Nevada, under safe and secure conduct, and have you then and there this writ.

DATED: March 4, 2022

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

ATTEST:

CLERK OF COURT

Date: 3/4/2022

_____
Signature of Clerk or Deputy Clerk

2