# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>v.<br><br>CALEB MITCHELL ROGERS,<br><br>          Defendant. | Case No.: 2:22-cr-00064-APG-EJY<br><br>**ORDER AFFIRMING REPORT AND RECOMMENDATION REGARDING MOTION TO SUPPRESS**<br><br>[ECF Nos. 49, 60] |

Defendant Caleb Rogers filed a motion to suppress purported eyewitness identifications of him by two people. ECF No. 49. Magistrate Judge Youchah recommended that the motion to suppress be denied. ECF No. 60. Mr. Rogers filed an objection to that recommendation (ECF No. 68) and the Government responded (ECF No. 70). I have conducted a *de novo* review of the motion to suppress and related papers as required by Local Rule IB 3-2(b). Judge Youchah's Report and Recommendation sets forth the proper legal analysis and factual bases for the decision, and I adopt it as my own.

I HEREBY ORDER that Magistrate Judge Youchah's Report and Recommendation **(ECF No. 60) is accepted**. Mr. Rogers' motion to suppress **(ECF No. 49) is denied** without prejudice to renew his request to suppress or strike the evidence during the trial.

DATED this 12th day of June, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE