**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-cr-00064-APG-EJY |
| Plaintiff, | **ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER REGARDING MOTION TO SEVER** |
| v. | |
| CALEB MITCHELL ROGERS, | [ECF Nos. 64, 71] |
| Defendant. | |

Defendant Caleb Rogers filed a motion to sever the trials of the charges against him. ECF No. 48.  Magistrate Judge Youchah denied that motion. ECF No. 64.  Mr. Rogers filed an appeal of that order. ECF No. 71.  I have reviewed the appeal, Judge Youchah's Order, and the underlying papers.  Judge Youchah's Order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a).

I HEREBY ORDER that Magistrate Judge Youchah's Order **(ECF No. 64) is affirmed** in its entirety, and Mr. Rogers's appeal **(ECF No. 71) is denied**.

DATED this 26th day of June, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE