JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
DAVID KIEBLER
DANIEL J. COWHIG
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
david.kiebler@usdoj.gov
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 10 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:22-cr-64-APG-EJY |
| Plaintiff, | **Joint Stipulations** |
| vs. | |
| CALEB MITCHELL ROGERS, | |
| Defendant. | |

The parties stipulate and agree to the following facts:

1. The video footage from the Red Rock Resort and Casino truly and accurately depicts the events that occurred on November 12, 2021. The parties agree that the clips of the footage, marked as Government's Exhibits 57-61, will be admitted into evidence at trial.

2. The video footage from the Aliante + Casino + Hotel + Spa truly and accurately depicts the events that occurred on January 6, 2022. The parties agree that the clips of the footage, marked as Government's Exhibits 40-47, will be admitted into evidence at trial.

3. The video footage from the Rio All-Suite Hotel and Casino truly and accurately depicts the events that occurred on February 27, 2022. The parties agree that the clips of the footage, marked as Government's Exhibits 1-3 and 13-16, will be admitted into evidence at trial.

4. The Sturm-Ruger, .357 Caliber Revolver, serial number 57309886, reflected in Government's Exhibits 24-30 and 67, is a firearm.

5. The Sturm-Ruger, .357 Caliber Revolver, serial number 57309886, reflected in Government's Exhibits 24-30 and 67, is the property of the Las Vegas Metropolitan Police Department.

6. Police executed a search warrant at Caleb Rogers' residence. Officers photographed many items in Rogers' residence. The pictures depicting latex gloves, Rogers' identification, a rental application, a revolver speed loader, and various documents are true and accurate reflections of those items as police found them in Rogers' residence. The parties agree that pictures of the above items, marked as Government's Exhibits 34-39, will be admitted into evidence at trial.

7. The documents maintained by Ally Bank for the 2014 white Volkswagen Jetta, VIN: 3VWML7AJ2EM622142, are certified business records. The parties agree that the documents, marked as Government's Exhibits 55 and 68, will be admitted into evidence at trial for the truth of the matter contained therein.

8. Body camera footage from the Rio All-Suite Casino and Hotel, recorded on February 27, 2022 and marked as Government's Exhibit 33, is a true and accurate depiction of the events captured on the footage. The approximately two-minute segment will be admitted for the truth of the matter contained therein.

9. Body camera footage from the Nevada Highway Patrol, recorded on August 23, 2021, marked as Government's Exhibit 56, is a true and accurate depiction of the events captured in the footage. The approximately three-minute and twenty-five second segment will be admitted for the truth of the matter contained therein.

10. The parties agree that Exhibits 1-61, 63-66, and 68 are true and accurate depictions of the evidence contained in each exhibit. The parties agree that Government's Exhibits 1-61, 63-66, and 68 will be admitted at trial for the truth of the matters contained therein.

READ AND AGREED TO:

JASON M. FRIERSON
United States Attorney

/s/ David Kiebler
_____
DAVID KIEBLER
Assistant United States Attorney


/s/
_____
RICHARD J. POCKER
Counsel for Defendant


IT IS SO ORDERED:

Dated: July 12, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

3